1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MOUAFAC TOUMA, FIRAS HADDAD, | ) ) ) | Case No. EDCV 10-00681 VAP(DTBx) |
|---|---|---|
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| WACHOVIA MORTGAGE FSB, et al., | ) ) ) | |
| Defendants. | | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Wells Fargo Bank, N.A., successor by merger to Defendant Wells Fargo Bank, Southwest, N.A., formerly known as Wachovia Mortgage, FSB, and successor by merger to Defendant Wells Fargo Home Mortgage, Inc. is DISMISSED

//
//
//

1  WITHOUT PREJUDICE.  The Court orders that such judgment
2  be entered.
3
4
5  Dated:   July 21, 2010        _____
6                                     VIRGINIA A. PHILLIPS
                                   United States District Judge
7

2