UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUAFAC TOUMA, FIRAS HADDAD, | Case No. EDCV 10-00681 VAP(DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WACHOVIA MORTGAGE FSB, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Defendants Quality Loan Services, Kevin R. Mccarthy, and Karla Sanchez (erroneously sued as Karla Sanches) is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 8, 2010     _/s/ Virginia A. Phillips_
                                         VIRGINIA A. PHILLIPS
                                   United States District Judge