1
2
3
4                                            JS-6
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  MOUAFAC TOUMA, FIRAS      )    Case No. EDCV 10-00681
    HADDAD,                   )    VAP(DTBx)
12                            )
              Plaintiff,      )    **JUDGMENT**
13                            )
         v.                   )
14                            )
    WACHOVIA MORTGAGE FSB,    )
15  et al.,                   )
                              )
16            Defendants.     )
17  _____

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       Pursuant to the Order filed herewith, IT IS ORDERED
20  AND ADJUDGED that Plaintiff's Complaint against
21  Defendants Wachovia Mortgage FSB, Alvin Brown, James
22  Maynor, David Moskowitz, Mike Heid, Jerry Smolar, and
23  Mortgage Electronic Registration Systems, Inc., is
24
25
26
27
28

1 | DISMISSED WITHOUT PREJUDICE.  The Court orders that such
2 | judgment be entered.
3
4
5 | Dated:  January 31, 2011
6 |                             VIRGINIA A. PHILLIPS
                       United States District Judge

2